IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE LOT OF SIX THOUSAND ONE-HUNDRED AND FIFTY DOLLARS IN U.S. CURRENCY ($ 6,150.00),<br>ONE LOT OF ONE-THOUSAND SEVEN HUNDRED AND FIFTEEN DOLLARS IN U.S. CURRENCY ($ 1,715),<br>ONE 50 INCH ZENITH PLASMA TELEVISION, SERIAL NUMBER 509RMWV046609,<br>ONE 32 INCH SAMSUNG PLASMA TELEVISION, SERIAL NUMBER AEHT3CLC402272A,<br>ONE 40 INCH SONY PLASMA TELEVISION, SERIAL NUMBER 8085472,<br>ONE 19 INCH INSIGNIA TV/DVD ALL-IN-ONE, SERIAL NUMBER DCOUEOEO800D77752500, and<br>ONE 15 INCH SHARP LCD TV, SERIAL NUMBER 50484205,<br>Defendants | C.A. Number 08-100T |

**<u>MOTION FOR ISSUANCE OF WARRANT IN REM</u>**

The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant for Arrest In Rem pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On March 14, 2008, the United States filed the Verified Complaint for Forfeiture In Rem in the above-referenced case. The Complaint seeks the forfeiture of the following above-captioned properties – lots of currency in the amounts of $6,150 and $1,715 and five televisions.

2. The above-referenced currency in the amounts of $6,150 and $1,715 is in the custody of the United States, specifically the United States Marshal Service. The above-referenced televisions are in the custody of United States, specifically the Rhode Island Food and

Drug Administration/Office of Criminal Investigations Task Force in North Providence. All of the property was seized in the course of the execution of a search warrant and an arrest, all of which is further described in the Complaint.

3. Under Supplemental Rule G(3)(b)(i), if property is subject to forfeiture in a civil forfeiture proceeding and the property is in the Government's possession, custody, or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States requests that the Clerk of the Court issue the attached warrant of arrest in rem.

Respectfully submitted,

UNITED STATE OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

Dated: March 17, 2008