IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,

v.

ONE LOT OF SIX THOUSAND ONE-HUNDRED AND FIFTY DOLLARS IN U.S. CURRENCY ($ 6,150.00),

ONE LOT OF ONE-THOUSAND SEVEN HUNDRED AND FIFTEEN DOLLARS IN U.S. CURRENCY ($ 1,715),

ONE 50 INCH ZENITH PLASMA TELEVISION, SERIAL NUMBER 509RMWV046609,

ONE 32 INCH SAMSUNG PLASMA TELEVISION, SERIAL NUMBER AEHT3CLC402272A,

ONE 40 INCH SONY PLASMA TELEVISION, SERIAL NUMBER 8085472,

ONE 19 INCH INSIGNIA TV/DVD ALL-IN-ONE, SERIAL NUMBER DCOUEOEO800D77752500, and

ONE 15 INCH SHARP LCD TV, SERIAL NUMBER 50484205,
Defendants

C.A. Number 08-100T

**WARRANT FOR ARREST IN REM**

TO: THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on March 4, 2008, the United States of America filed a Verified Complaint for Forfeiture In Rem in the United States District Court for the District of Rhode Island against the above-named defendant properties, alleging that said properties are subject to seizure and civil forfeiture to the United States for the reasons set forth in the complaint;

WHEREAS, the defendant properties are currently in the possession, custody, or control of the United States;

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the

Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the defendant properties; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

United States Magistrate Judge