IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE LOT OF SIX THOUSAND ONE-HUNDRED AND FIFTY DOLLARS IN U.S. CURRENCY ($ 6,150.00),<br><br>ONE LOT OF ONE-THOUSAND SEVEN HUNDRED AND FIFTEEN DOLLARS IN U.S. CURRENCY ($ 1,715),<br><br>ONE 50 INCH ZENITH PLASMA TELEVISION, SERIAL NUMBER 509RMWV046609,<br><br>ONE 32 INCH SAMSUNG PLASMA TELEVISION, SERIAL NUMBER AEHT3CLC402272A,<br><br>ONE 40 INCH SONY PLASMA TELEVISION, SERIAL NUMBER 8085472,<br><br>ONE 19 INCH INSIGNIA TV/DVD ALL-IN-ONE, SERIAL NUMBER DCOUEOEO800D77752500, and<br><br>ONE 15 INCH SHARP LCD TV, SERIAL NUMBER 50484205,<br>Defendants | C.A. Number 08-100T |

**CERTIFICATE OF SERVICE OF NOTICE TO**
**KNOWN POTENTIAL CLAIMANTS**

On this 24th day of March 2008, I certify that pursuant to subpart (4) of Rule G of the Supplemental Rules to the Federal Rules of Civil Procedure, I sent a Notice of Judicial Forfeiture Proceedings and Arrest in Rem accompanied by copies of the Verified Complaint for Forfeiture in Rem and Warrant for Arrest in Rem, all pertaining to the above captioned matter, to Thomas Connors, Esquire, counsel for potential claimant Anthony Robinson, via U.S. Mail to the following address: Law Offices of Joseph Voccola and Associates, 454 Broadway, Providence, Rhode Island 02909.

/s/ Milind Shah
Milind M. Shah, Assistant U.S. Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5017 fax
Email: milind.shah@usdoj.gov